**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond Anthony MAKOVY,**
**Defendant–Appellant.**

No. 05–50074.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 16, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Eric Joseph Davis, Houston, TX, for Defendant–Appellant.

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Raymond Anthony Makovy on appeal has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Makovy has filed a response.

Our independent review of counsel's brief, Makovy's response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.